AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) Case: 1:24-mj-00285 |
| v. | ) Assigned To : Judge G. Michael Harvey |
| Ryan Holden | ) Assign. Date : 9/9/2024 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Ryan Holden,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 1752(a)(1) (Entering or remaining in restricted buildings or grounds),
18 U.S.C. §§ 1752(a)(2) (Disorderly and disruptive conduct in a restricted building or grounds),
40 U.S.C. § 5104(e)(2)(D) (Disorderly conduct on Capitol Building and Grounds),
40 U.S.C. § 5104(e)(2)(G) (Parading or demonstrating on Capitol Building and Grounds).

Date: 09/09/2024

*Issuing officer's signature*

City and state:   Washington, D.C.       G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 9/9/2024, and the person was arrested on *(date)* 9/11/2024
at *(city and state)* FORT WAYNE, IN.

Date: 9/11/2024

*Printed name and title*